Brent O. Hatch (5715)
Mark R. Clements (7172)
HATCH & JAMES
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Attorneys for Defendants

FILED
CLERK, U.S. DISTRICT COURT
13 NOV 00 AM 10: 36
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| MK GOLD COMPANY,<br><br>Plaintiff,<br>v.<br><br>MORRISON KNUDSEN CORPORATION,<br>a Delaware corporation,<br><br>Defendant. | **ORDER** |
| LEUCADIA NATIONAL CORPORATION,<br>a New York corporation,<br><br>Plaintiff,<br>v.<br><br>MORRISON KNUDSEN CORPORATION,<br>a Delaware corporation, ROBERT A.<br>TINSTMAN, an individual, STEPHEN G.<br>HANKS, an individual, and JOHN DOES<br>1-10, individuals,<br><br>Defendants. | Civil No. 2:96CV 0935ST<br><br>Civil No. 2:98CV 0327ST<br><br>Judge Ted Stewart<br>Magistrate Judge Ronald N. Boyce |


386

Based upon the Stipulation and Joint Motion of the parties and good cause appearing therefore, it is hereby ORDERED as follows:

1. Morrison Knudsen Corporation ("MKC") is granted to leave to file its proposed Amended Counterclaim in the case captioned <u>MK Gold Company v. Morrison Knudsen Corporation</u>, Case No. 2:96CV 0935ST;

2. The parties are granted leave through January 31, 2000 to conduct discovery solely on the issue of the Apex San Cristobal Project; and

3. The parties are granted leave through February 15, 2000 to file dispositive motions limited solely to the Second Cause of Action in MKC's Amended Counterclaim.

DATED this 9th day of November, 2000.

BY THE COURT

_____
Honorable Ted Stewart

APPROVED AS TO FORM:

VAN COTT, BAGLEY, CORNWALL & McCARTHY

_____
David A Greenwood
Stephen K. Christiansen
Counsel for MK Gold Company

```
                                                               ksj
                    United States District Court
                            for the
                       District of Utah
                      November 13, 2000


              * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:96-cv-00935



True and correct copies of the attached were either mailed or faxed by the
clerk to the following:


      James S. Jardine, Esq.
      RAY QUINNEY & NEBEKER
      79 S MAIN ST
      PO BOX 45385
      SALT LAKE CITY, UT  84145-0385
      JFAX 9,5327543

      Mr. David A Greenwood, Esq.
      VAN COTT BAGLEY CORNWALL & MCCARTHY
      50 S MAIN STE 1600
      PO BOX 45340
      SALT LAKE CITY, UT  84145
      JFAX 9,5340058

      Brent O. Hatch, Esq.
      HATCH & JAMES
      10 W BROADWAY STE 400
      SALT LAKE CITY, UT  84101
      JFAX 9,3636666

      Mr. Alan L Sullivan, Esq.
      SNELL & WILMER LLP
      15 W SOUTH TEMPLE STE 1200
      GATEWAY TOWER W
      SALT LAKE CITY, UT  84101
      JFAX 9,2571800

      Richard D. Parry, Esq.
      720 PARK BLVD
      PO BOX 73
      BOISE, ID  83729
      JFAX 8,208,3865220

      Mr. David L Arrington, Esq.
      DURHAM JONES & PINEGAR
      111 E BROADWAY STE 900
      SALT LAKE CITY, UT  84111
      JFAX 9,4153500
```