David K. Isom (4773)
David K. Isom Law Offices
60 East South Temple, Suite 1680
Salt Lake City, Utah 84111
Telephone: (801) 366-6000
Facsimile: (801) 366-6010

William A. Bianco
Deborah J. Friedman
Davis, Graham & Stubbs LLP
1550 Seventeenth Street, Suite 500
Denver, Colorado 80202
Telephone: (303)-892-9400
Facsimile: (303)-893-1379

Attorney for Apex Silver Mines Limited



RECEIVED CLERK

2001 JAN 30 P 1: 58

FILED

U.S.
DIS

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MK GOLD COMPANY, a Delaware corporation | ) **CONFIDENTIALITY AGREEMENT,** |
| | ) **STIPULATION AND JOINT MOTION** |
| Plaintiff, | ) **FOR PROTECTIVE ORDER** |
| | ) |
| vs. | ) |
| | ) |
| MORRISON KNUDSEN CORPORATION, a Delaware corporation, | ) |
| | ) |
| Defendant. | ) |
| | ) Civil No. 2:96-CV-935 S |
| | ) Civil No. 2:98-CV-327 S |
| LEUCADIA NATIONAL CORPORATION, a New York corporation | ) |
| | ) Judge David Sam |
| Plaintiff, | ) |
| | ) Magistrate Judge Ronald Boyce |
| vs. | ) |
| | ) |
| MORRISON KNUDSEN CORPORATION, a Delaware corporation, ROBERT A. TINSTMAN, an individual, STEPHEN G. HANKS, an individual, and JOHN DOES 1-10, individuals, | ) |
| | ) |
| | ) |
| | ) |

346294.3



Defendants.            )

---

Plaintiff MK Gold Company ("MK Gold"), defendant Morrison Knudsen Corporation ("Morrison Knudsen"), and non-parties Apex Silver Mines Limited ("Apex"), through their respective counsel, and Francis R. McAllister, and Stanley Dempsey of Denver Mining Finance, stipulate and agree and, on that basis, move for entry of a Protective Order by the Court as follows:

1.      MK Gold has served a Subpoena Duces Tecum upon Apex in the above-referenced action.  The parties to this Agreement expressly agree that the Confidentiality Agreements, Stipulations and Joint Motions for Protective Order previously entered in this case by MK Gold, Morrison Knudsen and Leucadia National Corporation (the "Agreements"), and the Protective Orders entered by the Court pursuant thereto (the "Orders"), shall govern the disclosure of any documents produced by Apex in response to the Subpoena Duces Tecum served by MK Gold as though the documents were produced in this civil action by any party. The Agreements and the Orders are incorporated by reference herein.  Francis R. McAllister and Stanley Dempsey agree to be bound by the orders previously entered in this case.

DATED this 5th day of January, 2001.

VAN COTT, BAGLEY, CORNWALL
& McCARTHY


By _____
      David A. Greenwood
      Stephen K. Christiansen
      Attorneys for MK Gold Company


HATCH & JAMES


By _____
      Brent O. Hatch
      Mark R. Clements
      Attorneys for Morrison Knudsen Company


DURHAM JONES & PINEGAR


By _____
      David L. Arrington
      Attorney for MK Gold Company


DAVID K. ISOM LAW OFFICES


By _____
      David K. Isom
      Attorney for Apex Silver Mines Limited

DAVIS GRAHAM & STUBBS LLP

By       _____
         William A. Bianco
         Deborah J. Friedman
         Attorneys for Apex Silver Mines Limited

DENVER MINING FINANCE

By       _____
         Stanley Dempsey

FRANCIS R. McALLISTER

_____

4