VAN COTT, BAGLEY, CORNWALL & McCARTHY
David A. Greenwood (1250)
Stephen K. Christiansen (6512)
50 South Main Street, Suite 1600
Post Office Box 45340
Salt Lake City, Utah 84145-0340
Telephone: (801) 532-3333
Facsimile: (801) 534-0058

DURHAM, JONES & PINEGAR
David L. Arrington (4267)
111 East Broadway #900
Salt Lake City, Utah 84111
Telephone: (801) 538-2424
Facsimile: (801) 538-2425

Attorneys for Plaintiff MK Gold Company

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | | |
|---|---|---|
| MK GOLD COMPANY, a Delaware corporation, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| MORRISON KNUDSEN CORPORATION, a Delaware corporation, | ) ) | |
| Defendant. | ) | |
| | ) | Civil No. 2:96-CV-935 ST |
| | ) | Civil No. 2:98-CV-327 ST |
| LEUCADIA NATIONAL CORPORATION, a New York corporation, | ) ) | |
| Plaintiff, | ) | Honorable Ted Stewart |
| | ) | |
| vs. | ) | |
| | ) | |
| MORRISON KNUDSEN CORPORATION, a Delaware corporation, ROBERT A. TINSTMAN, an individual, STEPHEN G. HANKS, an individual, and JOHN DOES 1-10, individuals, | ) ) ) ) | |
| Defendants. | ) | |

292:224753v1



This case came on for hearing on February 28, 2001, at 9:30 a.m. The Honorable Ted Stewart, U.S. District Judge, presided. David A. Greenwood appeared on behalf of plaintiff MK Gold Company. Alan L. Sullivan appeared on behalf of plaintiff Leucadia National Corporation. Brent O. Hatch and Mark R. Clements appeared on behalf of defendant Morrison Knudsen Corporation.

The Court heard oral argument on defendant Morrison Knudsen Corporation's Motion to Prohibit Plaintiff MK Gold From Filing Additional Expert Reports. Having considered the argument of counsel, the memoranda of law, and all relevant authorities, the Court enters the following Order:

1.  Morrison Knudsen did not indicate the basis for its motion. The Court views the motion as one brought under Fed. R. Civ. P. 37(c)(1). The Court analyzes the motion under the standards set forth in *Woodworker's Supply, Inc. v. Principal Mutual Life Insurance Co.*, 170 F.3d 985 (10th Cir. 1999):

    a.  Prejudice/Surprise:

    There is no prejudice or surprise to Morrison Knudsen, as it specifically agreed MK Gold could name additional expert witnesses in connection with the San Cristobal project. Morrison Knudsen bargained for and obtained a benefit in connection therewith, as it was allowed to bring a motion for summary judgment it otherwise could not have brought. The parties did not place a cutoff date on naming any such experts, and MK Gold provided its expert reports within a reasonable time after the close of discovery. Morrison Knudsen should have been prepared to receive such reports.

    b.  Ability to Cure Prejudice:

    Any burden on Morrison Knudsen may be difficult at this juncture but certainly not impossible. Morrison Knudsen should have been expecting such reports.

292:224753v1

2

     c.    <u>Extent Testimony Would Disrupt Trial</u>:

Testimony on the experts' subjects was contemplated by the parties and would not disrupt the trial.

     d.    <u>Moving Party's Bad Faith or Willfulness</u>:

The court finds Morrison Knudsen is not acting in bad faith.

Based on the foregoing, Morrison Knudsen's Motion to Prohibit Additional Expert Reports is DENIED.

  2.    The Court further orders as follows:

     a.    MK Gold shall produce all documents relied upon in the expert reports of Frank McAllister and John Brough not otherwise available to Morrison Knudsen by Friday March 2, 2001.

     b.    Trial remains set for a three-week jury trial commencing April 2, 2001.

     c.    Morrison Knudsen's Motion for Summary Judgment regarding San Cristobal and the individual defendants' Motion for Clarification or in the Alternative for Summary Judgment shall be heard on oral argument at the final Pretrial Conference.

DATED this 8th day of March, 2001.

BY THE COURT:

_____
TED STEWART
United States District Judge

APPROVED AS TO FORM:

HATCH, JAMES & DODGE

By: _____
Brent O. Hatch
Mark R. Clements
Attorneys for Defendants

SNELL & WILMER

By: _____
Alan L. Sullivan
Attorneys for Plaintiff Leucadia National Corporation

```
                                                                    tsi
                    United States District Court
                             for the
                        District of Utah
                         March 8, 2001


              * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:96-cv-00935



True and correct copies of the attached were either mailed or faxed by the
clerk to the following:


      James S. Jardine, Esq.
      RAY QUINNEY & NEBEKER
      79 S MAIN ST
      PO BOX 45385
      SALT LAKE CITY, UT   84145-0385
      JFAX 9,5327543

      Mr. David A Greenwood, Esq.
      VAN COTT BAGLEY CORNWALL & MCCARTHY
      50 S MAIN STE 1600
      PO BOX 45340
      SALT LAKE CITY, UT   84145
      JFAX 9,5340058

      Brent O. Hatch, Esq.
      HATCH & JAMES
      10 W BROADWAY STE 400
      SALT LAKE CITY, UT   84101
      JFAX 9,3636666

      Mr. Alan L Sullivan, Esq.
      SNELL & WILMER LLP
      15 W SOUTH TEMPLE STE 1200
      GATEWAY TOWER W
      SALT LAKE CITY, UT   84101
      JFAX 9,2571800

      Richard D. Parry, Esq.
      720 PARK BLVD
      PO BOX 73
      BOISE, ID   83729
      JFAX 8,208,3865220

      Mr. David L Arrington, Esq.
      DURHAM JONES & PINEGAR
      111 E BROADWAY STE 900
      SALT LAKE CITY, UT   84111
      JFAX 9,4153500

      Mr. David K Isom, Esq.
```

```
DAVID K ISOM LAW OFFICES
60 E SOUTH TEMPLE
1680 EAGLE GATE TOWER
SALT LAKE CITY, UT  84111-1006
JFAX 9,3666010
```