Brent O. Hatch (5715)
Mark R. Clements (7172)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Attorneys for Defendant

FILED
CLERK, U.S. DISTRICT COURT
26 MAR 01 PM 3:41
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| MK GOLD COMPANY,<br><br>Plaintiff,<br>v.<br><br>WASHINGTON GROUP INTERNATIONAL, f/k/a MORRISON KNUDSEN CORPORATION a Delaware corporation,<br><br>Defendant. | Civil No. 2:96CV00935ST<br><br>Civil No. 2:98CV 0327ST<br><br>Judge Ted Stewart<br>Magistrate Judge Ronald N. Boyce |
| LEUCADIA NATIONAL CORPORATION, a New York corporation,<br><br>Plaintiff,<br>v.<br><br>WASHINGTON GROUP INTERNATIONAL f/k/a MORRISON KNUDSEN CORPORATION, a Delaware corporation,<br><br>Defendant. | **DEFENDANT'S MOTION IN LIMINE TO EXCLUDE FROM EVIDENCE TESTIMONY FROM MR. BROUGH REGARDING DAMAGES FROM THE SAN CRISTOBAL PROJECT** |


449

Defendant Washington Group International, Inc. ("Washington") moves the Court for an order excluding from evidence testimony from Mr. Brough regarding Damages from the San Cristobal Project.

It is undisputed that Washington will not obtain any profits from San Cristobal and that MK Gold never submitted a bid on the project and has not lost any profits. Any testimony from Brough regarding damage to MK Gold from San Cristobal is irrelevant and lacks foundation and must be excluded.

DATED this 26TH day of March, 2001.

HATCH, JAMES & DODGE

By: _____
Brent O. Hatch
Mark R. Clements

Attorneys for Defendant Washington Group International, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March, 2001, I caused a true and correct copy of the foregoing to be hand delivered to the following:

Alan L. Sullivan
SNELL & WILMER
15 West South Temple, #1200
Salt Lake City, Utah 84101

David A. Greenwood
VAN COTT, BAGLEY, CORNWALL & MCCARTHY
50 South Main Street, Suite 1600
Salt Lake City, UT 84145

_____