VAN COTT, BAGLEY, CORNWALL & McCARTHY
David A. Greenwood (1250)
Stephen K. Christiansen (6512)
50 South Main Street, Suite 1600
Post Office Box 45340
Salt Lake City, Utah  84145-0340
Telephone: (801) 532-3333
Facsimile: (801) 534-0058

DURHAM, JONES & PINEGAR
David L. Arrington (4267)
111 East Broadway #900
Salt Lake City, Utah  84111
Telephone: (801) 538-2424
Facsimile: (801) 538-2425

FILED
CLERK, U.S. DISTRICT COURT
-2 APR 01 AM 11:07
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

Attorneys for Plaintiff MK Gold Company

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| MK GOLD COMPANY, a Delaware corporation,<br>                Plaintiff,<br>vs.<br>MORRISON KNUDSEN CORPORATION, a Delaware corporation,<br>                Defendant. | **MK GOLD'S SECOND SUPPLEMENTAL OBJECTIONS TO DEFENDANT'S EXHIBITS** |
| LEUCADIA NATIONAL CORPORATION, a New York corporation,<br>                Plaintiff,<br>vs.<br>MORRISON KNUDSEN CORPORATION, a Delaware corporation,<br>                Defendant. | Civil No. 2:96-CV-935 ST<br>Civil No. 2:98-CV-327 ST<br><br>Hon. Ted Stewart |

277:226570v1


528

Plaintiff MK Gold Company, through counsel, hereby objects to the following exhibit identified in Defendant's Exhibit List:

1. MK Gold objects to Exhibit WWWWW as inadmissible hearsay. The identified document is an expert report. Reports of expert witnesses are hearsay: they constitute out of court statements and are sought to be admitted to prove the truth of the matter asserted therein.

DATED this 2nd day of April, 2001.

VAN COTT, BAGLEY, CORNWALL & MCCARTHY

By: _____
David A. Greenwood
Stephen K. Christiansen
Attorneys for Plaintiff MK Gold

2

277:226570v1

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing **MK GOLD'S SECOND SUPPLEMENTAL OBJECTIONS TO DEFENDANT'S EXHIBITS** to be hand delivered this _2nd_ day of April, 2001, to the following:

> Brent O. Hatch, Esq.
> HATCH, JAMES & DODGE
> 10 West Broadway, Suite 400
> Salt Lake City, Utah 84101
>
> Alan L. Sullivan, Esq.
> SNELL & WILMER
> 15 W. South Temple, Suite 1200
> Salt Lake City, Utah 84101

_[signature]_

277:226570v1